THOMAS FANNING, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Fanning* v. *N. Y. C. & H. R. R. R. Co.*, 73 Hun, 616, affirmed.
(Submitted October 23, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
December 14, 1893, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial made upon the minutes.

*Hiscock & Doheny* for appellant.

*Lawrence T. Jones* and *George McGowan* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN and VANN, JJ., not sitting.

---

JOHN S. THOLEN, Respondent, *v.* THE BROOKLYN CITY
RAILROAD COMPANY, Appellant.

*Tholen* v. *Brooklyn City R. R. Co.*, 10 Misc. Rep. 283, affirmed.
(Argued October 23, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the City
Court of Brooklyn, entered November 27, 1894, which affirmed
a judgment in favor of plaintiff entered upon a verdict.

*Albert C. Tennant* and *Matthew Hale* for appellant.

*Isaac M. Kapper* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.